IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| PLAINTIFF, | ) |
| vs. | ) Case No. CR-20-206-3-F |
| BRANDON COLBERT, | ) |
| DEFENDANT. | ) |

**O R D E R**

In accordance with the Due Process Protections Act, counsel are reminded of the disclosure obligation of the prosecutor under *Brady v. Maryland,* 373 U.S. 83 (1963), and its progeny. In particular, "the suppression by the prosecution of evidence favorable to an accused violates due process where the evidence is material either to guilt or to punishment, irrespective of the good faith or bad faith of the prosecution".

Possible consequences for a violation of this Order may include, but are not limited to, exclusion of evidence at trial, a finding of contempt, granting of a continuance, and dismissal of charges with prejudice.

IT IS SO ENTERED this 10th day of September, 2021.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE